IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** <br><br> _____ <br><br> **THIS DOCUMENT RELATES TO:** | Master File No. 2:12-MD-02327 <br> MDL No. 2327 <br><br> **JOSEPH R. GOODWIN** <br> **U.S. DISTRICT JUDGE** |

### CERTIFICATE OF SERVICE

I hereby certify that the Ethicon, Inc.'s First Set of Interrogatories, Requests for Admission and Requests for Production were served on counsel for the Plaintiff via electronic mail on the 4th day of December, 2018.

/s/ Christopher D. Morris
Christopher D. Morris
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS  39158-6010
(601) 985-4437
Chris.morris@butlersnow.com